NUMBER 13-03-762-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________

EX PARTE: ALFREDO TORRES
_________________________________________________________

On appeal from the 107th District Court 
of Cameron County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam
 
         Appellant, ALFREDO TORRES, perfected an appeal from an order entered by the
107th District Court of Cameron County, Texas, in cause number 2003-CR-714-A. 
The parties have filed a joint motion to dismiss the appeal. The motion complies with
Tex. R. App. P. 42.2(a).
         The Court, having considered the documents on file and the joint motion to
dismiss the appeal, is of the opinion that the joint motion to dismiss the appeal should
be granted. The joint motion to dismiss the appeal is granted, and the appeal is hereby
DISMISSED.
                                                               PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Memorandum Opinion delivered and 
filed this the 3rd day of March, 2005.